UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LESLIE YOUNG (#87230) CIVIL ACTION

VERSUS

KIRA KIMBLE NO. 22-00631-BAJ-EWD

RULING AND ORDER

On October 17, 2022, Plaintiff was granted permission to proceed *in forma pauperis* and was ordered to pay an initial partial filing fee of $22.46 by November 7, 2022. (Doc. 7).[1] Plaintiff was also put on notice that a failure to pay the initial partial filing fee could result in the dismissal of his case. (*See* Doc. 7 at pp. 1–2).

On March 6, 2023, because Plaintiff failed to pay the initial partial filing fee, this Court ordered him to either pay the $22.46 or to show cause, in writing, why his Complaint should not be dismissed for failure to pay the initial partial filing fee. (Doc. 12). Plaintiff was given until March 27, 2023 to comply with the Order. (*See id.*). However, the record reflects that Plaintiff has failed to respond to the Court's Order.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure of the Plaintiff to pay the initial

---

[1] 28 U.S.C. § 1915(b)(1) provides that "the court shall assess and, when funds exist, collect as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of—(A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal." According to Plaintiff's Statement of Account, his average monthly deposits for the preceding six months was $64.33 and his average monthly balance for the same time period was $112.31. (*See* Doc. 6 at p. 4). Twenty percent of the greater of these numbers is $22.46.

partial filing fee.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 13th day of April, 2023

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**